# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GENE POWELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISON,<br><br>　　　　Respondent. | Case No.  2:25-cv-865-CBM-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Dkt. No. 1; Respondent's Motion to Dismiss, Dkt. No. 8; Petitioner's opposition to Respondent's Motion to Dismiss, Dkt. No. 10; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 12; and all of the records and files herein.

　　　　The deadline to file objections to the Report has passed and no objections have been received to date.  The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge contained in the Report.

\\\

\\\

\\\

\\\

1  IT IS ORDERED that the Petition is denied, and Judgment shall be entered
2  dismissing this action with prejudice.

4  DATED: December 2, 2025

*[signature]*
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE