JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GENE POWELL,<br><br>Petitioner,<br><br>v.<br><br>FEDERAL BUREAU OF PRISON,<br><br>Respondent. | Case No. 2:25-cv-865-CBM-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 2, 2025

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE